# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT/PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 15-28 RHK |
| Papa Faal, Defendant. | Date: January 29, 2015 |
| | Court Reporter: Tim Willette |
| | Courthouse: Minneapolis |
| | Courtroom: 13W |
| | Time Commenced: 3:05 p.m. |
| | Time Concluded: 3:55 p.m. |
| | Time in Court: 50 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:     Charles J Kovats, Jr, Assistant U.S. Attorney
    For Defendant:     E David Reyes   ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

PROCEEDINGS:
    ☒ **Arraignment** on ☒ Information, ☐ Indictment
    ☒ Change of Plea
    ☒ PLEA:
        ☒ Defendant admits allegations in the Information.
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                      s/Jackie Ellingson
                                                          Courtroom Deputy