Waiver of Indictment                                                                 Cr. Form No. 18

# United States District Court

## FOR THE

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 15-28 RHK |
| ) | |
| PAPA FAAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Papa Faal, the above-named defendant, who is accused of violating 18 U.S.C. §§ 371, 960, 2778(b)(2) and 2778(c); and 22 C.F.R. §§ 121.1, 123.1, 127.1, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 1/29/15

_____
Papa Faal, Defendant

_____
Charles J. Kovats, Jr., Witness

_____
E. David Reyes, Esq.

SCANNED
JAN 30 2015
U.S. DISTRICT COURT MPLS